# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | | |
|---|---|---|
| JUDITH CURLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CV412-036 |
| | ) | |
| MAMA'S FURNITURE and | ) | |
| ANDY YOUMANS, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>REPORT AND RECOMMENDATION</u>

On February 15, 2012, the Court ordered Curley to supplement her complaint within 14 days to specify whether defendant Mama's Furniture employed enough people to be subject to Title VII's requirements.   (Doc. 3.)   She failed to do so and has apparently abandoned her case.   Accordingly, this case should be **DISMISSED**. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th  Cir.  1989); *Jones  v.  Graham*, 709 F.2d 1457, 1458 (11th Cir.

1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this  *10th* day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA