FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 MAY 25  AM 9:57

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JUDITH CURLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV412-036 |
| | ) | |
| MAMA'S FURNITURE and ANDY YOUMANS, | ) | |
| | ) | |
| Defendants. | ) | |

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections were filed. After a careful de novo review of the record, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of May 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA